Defendants. ORLA RUBSAMEN, as Receiver, etc., Appellant; LOUIS JERSAWIT, Trustee in Bankruptcy of CARL RUDOLPH SCHULTZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FLEISCHMAN-SMITH CORPORATION, Respondent, v. ALBANY STRAND THEATRE Co., INC., Appellant, Impleaded with JOSEPH SMITH and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANNA FIELD, Respondent, v. GEORGE W. GLAZE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

. THE TRAVELERS INSURANCE COMPANY, Respondent, v. MORRIS POMERANTZ and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CENTURY PLAY Co., INC., Respondent, v. Co-NATIONAL PLAYS, INC., and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Transfer Tax upon the Estate of GEORGE E. MATTHIES, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of NATIONAL SPONGE AND CHAMOIS COMPANY, INC., Appellant, for an Order Requiring MERVYN WOLFF, Respondent, to Pay over Certain Moneys, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ADOLPH SHAPIRO, Appellant, v. HENRY LOWENTHAL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ADOLPHUS D. STRAUSS and Others, Respondents, v. COMPAGNIE ALGERIENNE, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MAXWELL BROWN Co., INC., Respondent, v. JACQUES L. GALEF, Appellant.— Order affirmed, with ten dollars costs and disbursements; defendant to serve an amended answer within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

E. I. DUPONT DENEMOURS & Co., INC., Respondent, v. SAMUEL H. McKEE and Others, Individually, Defendants, and as COLONIAL FINANCE TRUST, Appellant. — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MOSES M. VALENTINE, Appellant, v. LOUIS H. PERLMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MOSES M. VALENTINE, Appellant, v. LOUIS H. PERLMAN, Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MANUFACTURERS TRUST COMPANY and Another, as Administrators, etc., of SAMUEL KRAUS, Deceased, Respondents, v. GEORGE M. PYNCHON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of BERSON SYDEMAN Co., INC., Appellant, for an Order Directing an Arbitration to Proceed, etc., between BERSON SYDEMAN Co., INC. and FAIRFAX TEXTILE MILLS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

TIFFANY & COMPANY, Appellant, v. LEO F. FARRELL, Respondent, and Another, Defendant, as Surviving Executors, etc., of EDITH EVELYN HANAN, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DOROTHY WETTERAUER, Respondent, v. ARTHUR W. TEELE, Appellant.— Order modified as directed in order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to plaintiff, if so advised, to move at Special Term to set up the alleged injury to the skull in the amended complaint, on compliance with the terms imposed by the order. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SOLOMON ZLOTOLOW, Respondent, v. SAMUEL KEISER and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LUXOR CAB MANUFACTURING CORPORATION, Appellant, v. HARVARD AUTO BODY Co., INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, on the authority of *Black & White & Town Taxis, Inc.*, v. *Aronson* (184 App. Div. 894); *Black & White & Town Taxis, Inc.*, v. *Minezeles* (186 id. 950). Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE B. HARDIE and Another, Respondents, v. MANHATTAN MORTGAGE AND DEVELOPING CORPORATION and Others, Appellants, Impleaded with Others. HENRY W. PINNER, Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DIXIE LEONARD, Respondent, v. ROBERT JOHNS BULKLEY and Another, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DAVID H. PROSNITZ, Appellant, v. HENRY DECKER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUISE W. MILLER, Respondent, v. FRED E. MOMMER and Others, Appellants, Impleaded with EDWARD E. BLACK and Others, Respondents, and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUISE W. MILLER, Respondent, v. FRED E. MOMMER and Others, Appellants,